DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HAL BAKER,** as Personal Representative of the Estate of Joey Scott
Klein**, AMANDA KLEIN,** and **JOSHUA KLEIN,**
Appellants,

v.

**ROSALIE T. KLEIN,**
Appellee.

No. 4D2024-3042

[October 16, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 50-2024-CP-002172.

Jonathan T. Mann and Robin I. Bresky of Schwartz Sladkus Reich Greenberg Atlas, LLP, Boca Raton, for appellant.

Laura Bourne Burkhalter of Laura Bourne Burkhalter, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and SHEPHERD, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***